GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA PENALOZA, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION and Does 1 to 30, <br><br> Defendants. | Case No: C11-04028 PSG <br><br> **STIPULATION TO ALLOW IME AFTER MEDIATION; [ xxxxxx ] ORDER** <br><br> Complaint Filed:  July 7, 2011 <br> [Santa Clara County Superior Court Case # 111CV204550] |

Plaintiff DIANA PENALOZA by and through her attorney, Braid Pezzaglia, Esq., stipulates that defendant TARGET CORPORTION may conduct an Independent Medical Examination of plaintiff DIANA PENALOZA pursuant to FRCP 35 after the mediation deadline set by the court and before March 5, 2012.

DATED: 1/3/12

HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By: _____
BRAID PEZZAGLIA, ESQ.
Attorney for Plaintiff
DIANA PENALOZA

-1-

DATED: 1/5/12

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Gail
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

### ORDER

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

1. Defendant TARGET CORPORATION may conduct an Independent Medical Examination of Plaintiff before March 5, 2012.

DATED: January 10, 2012

By: /s/ Paul S. Grewal
U.S. MAGISTRATE JUDGE

26757\559154

-2-

STIPULATION AND ORDER TO ALLOW IME AFTER MEDIATION - C11-04028-PSG