UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIANA PENALOZA, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION et al. <br><br> Defendants. | Case No.: C11-04028 PSG <br><br> **ORDER EXTENDING TIME FOR HEARING RE ORDER TO SHOW CAUSE** |

On February 23, 2012, after receiving word from the parties that a settlement was imminent, the court ordered the parties to file a stipulation of dismissal by March 16, 2012, or to appear before the court on March 27, 2012, to show cause.[1] The parties thereafter represented to the court that an issue with the settlement remained unresolved[2], and on March 26, 2012, the court delayed the hearing to show cause until May 3, 2012.[3]

On May 3, 2012, the parties were to appear for the hearing to show cause regarding why the matter remains on the court's docket. No parties appeared.[4] Afterward, the parties contacted chambers and explained that the same issue remains unresolved. The parties requested more time to resolve the issue. The court is willing to grant another extension, but wishes to underscore the

---

[1] *See* Docket No. 22.

[2] *See* Docket No. 23.

[3] *See* Docket No. 24.

[4] *See* Docket No. 25.

1
Case No.: C11-04028 PSG
**ORDER EXTENDING TIME FOR HEARING RE ORDER TO SHOW CAUSE**

1   need for the parties to resolve any outstanding issues soon. In any event, the court hereby continues

2   the hearing on the order to show cause until June 5, 2012. The court expects that counsel for both

3   parties will appear personally if a settlement is not finalized and a notice of dismissal filed by this

4   date.

5   **IT IS SO ORDERED.**

6   Dated: 5/10/2012

_____
PAUL S. GREWAL
United States Magistrate Judge