Albie Jachimowicz (SBN 104549)
Braid Pezzaglia (SBN 195378)
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Tel.: (408) 246-5500
Fax: (408) 246-1051

Attorneys for Plaintiff
DIANA PENALOZA


GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA PENALOZA,<br><br>    Plaintiff,<br>vs.<br><br>TARGET CORPORATION et al.,<br><br>    Defendants.<br>_____ | Case No.: C11-04028 PSG<br><br>**STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff DIANA PENALOZA, by and through her attorney of record, Braid Pezzaglia, Esq., and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that

1

STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER - Case No.  C11-04028 PSG

plaintiff will dismiss, with prejudice, Defendant TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED: September 7, 2012

ALBIE JACHIMOWICZ, ESQ.
BRAID PEZZAGLIA, ESQ.
Attorneys for Plaintiff
DIANA PENALOZA

DATED: September 5, 2012

GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

## ORDER

Pursuant to stipulation, **IT IS SO ORDERED**.

DATED: 9/10/2012

By: _____
HON. PAUL S. GREWAL
U.S. MAGISTRATE JUDGE