1 | Albie Jachimowicz (SBN 104549)
2 | Braid Pezzaglia (SBN 195378)
  | HINKLE, JACHIMOWICZ, POINTER & EMANUEL
3 | 2007 West Hedding Street, Suite 100
  | San Jose, California 95128
4 | Tel.: (408) 246-5500
  | Fax: (408) 246-1051
5 |
6 | Attorneys for Plaintiff
  | DIANA PENALOZA
7 |
8 | GAIL C. TRABISH, ESQ. (SBN 103482)
  | BOORNAZIAN, JENSEN & GARTHE
9 | A Professional Corporation
  | 555 12th Street, Suite 1800
10| Oakland, CA  94607
11| Telephone: (510) 834-4350
  | Facsimile: (510) 839-1897
12|
13| Attorneys for Defendant
  | TARGET CORPORATION
14|

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DIANA PENALOZA, | ) | Case No.: C11-04028 PSG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | **AND [~~PROPOSED~~] ORDER** |
| TARGET CORPORATION et al., | ) | |
| Defendants. | ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff DIANA PENALOZA, by and through her attorney of record, Braid Pezzaglia, Esq., and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that

plaintiff will dismiss, with prejudice, Defendant TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED: September 7, 2012

_____
ALBIE JACHIMOWICZ, ESQ.
BRAID PEZZAGLIA, ESQ.
Attorneys for Plaintiff
DIANA PENALOZA

DATED: September 5, 2012

_____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

### ORDER

Pursuant to stipulation, **IT IS SO ORDERED**.

DATED: 9/10/2012

By: _____
HON. PAUL S. GREWAL
U.S. MAGISTRATE JUDGE